

DANIELLE BAUDHUIN TIERNEY
dtierney@axley.com
608.283.6712

July 5, 2022

Magistrate Judge Stephen C. Dries
United States Courthouse Room 296
517 East Wisconsin Avenue
Milwaukee, WI 53202

      RE:    Retzlaff vs. Kitzman
                Case No. 22 CV 573

Dear Judge Dries:

On June 14, 2022, Defendant Justin Kitzman filed a Motion to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief could be granted. [Dkt. 5.] Defendant also filed a motion to consolidate this with Case No. 22-CV-574 on June 15, 2022. [Dkt. 8.] Plaintiff filed a motion for extension, presumably to file responses to the two motions, on June 23, 2022. [Dkt. 11.] Plaintiff then filed an "Affidavit of Truth" on June 24, 2022. [Dkt. 12.] It is unclear what the document purports to be or how it relates to any of the pending motions, but it does not appear to respond to either of the pending motions.

However, for the sake of keeping the case moving along, Defendant does not oppose granting Plaintiff a brief extension to respond to the motions. Her response to the Motion to Dismiss is due July 8, 2022, while her response to the Motion to Consolidate is due July 11, 2022. See Civil L.R. 7(b); Fed. R. Civ. P. 6(d); 6(a). Defendant is amenable to granting an additional 10 days to respond to the motions and Defendant respectfully requests that the Court enter an order to that effect clearly documenting the Plaintiff's upcoming deadlines and advising her of her obligations.

Thank you for your consideration.

Sincerely,

AXLEY BRYNELSON, LLP

Danielle Baudhuin Tierney
DBT/rh

CC:    Ann-Marie Retzlaff

Axley Brynelson, LLP
Phone: 608.257.5661
Email: law@axley.com

www.axley.com

Madison Office
2 E. Mifflin Street
Suite 200
Madison, WI 53703

P.O. Box 1767
Madison, WI 53701-1767

Janesville Office
2620 N. Pontiac Drive
Janesville, WI 53545

P.O. Box 2290
Janesville, WI 53547-2290

Waukesha Office
N17W24222 Riverwood Drive
Suite 250
Waukesha, WI 53188

Case 2:22-cv-00573-SCD   Filed 07/05/22   Page 1 of 2   Document 13

