To: Chief Judge        Ann-Marie; KETZ1ATT        22-C-573
                       405 North Main Street
JUL 25 2022            Shawano, Wisconsin [54166]

July 17, 2022    Petition Denied to reconsider
                 Cease and Desist: 22CV3755
Reference 22CV000079; 2021SM000707; 2021CF000195; United States Constitution; Wisconsin Constitution; Wisconsin Statute 940.30 False imprisonment; 134.01 Injury of business; restraint of will; Title 28 USC 3002, Section 15A; Supreme Court Rule 40.15 Attorney's Oath; Affadavit of Truth and Assertory Oath / Notice of Existance of Cestui Que Vie / PCT Trust / and Affadavit and Claim of Non-corporate Status, docket #768198 Recorded at Register of Deeds, Shawano County June 9 and/or April 22, 2022; Law of War Manual; NCSWIC National Security Threats / Domestic Terrorism / Infiltration of Foreign Agents / Insurgency.

Severe significant violations of SCR Chapter 40.02, 40.06, 40.08, 40.11, Appendix BA 6.01, BA 6.02, BA 6.03, BA.40.15 and under Law of War Manual and NCSWIC must immediately cease and desist all actions in Wisconsin for investigation by Department of Justice or Tribunal for acts of war crimes and capital felony treason.

All elected officials, Judges, British Accreditation Registry (BAR) Attorneys take an Oath to support the Constitution of the United States and the State of Wisconsin and have violated their sworn duty. These severe violations No longer are tolerated, nor are by my Consent. All of my rights have been stripped of me and my property

fast tracked to be unlawfully auctioned against my will. I was NOT allowed to go to my court hearings on May 25 or July 11 2022, and intentionally denied my Constitutional Right to prosecute or defend my own cause in any of the courts of this state, as a human, in person-am, by attorney, or either.

Through unlawful and unethical means, my person is falsely imprisoned where there is NO injured party other than myself, with excessive bail/bond, under inhuman conditions. And while imprisoned awaiting trial, my property, papers, home and personal effects were searched and seized and fast-tracked without due process for auction at the end of July, where the attorneys are poised to profit from my demise and without regard to my rights, my God-given freedoms, and without regard to the Supreme law of the land.

Arrest all treasonous oath officers, officials, judges, lawyers, attorneys and seize all of their property and assets.