ANN-MARIE RETZLAFF

        Plaintiff,

    v.

DEPUTY KURT KITZMAN,

        Defendant.

Case No. 22-CV-0573

ANN-MARIE RETZLAFF

        Plaintiff,

    v.

DEPUTY JUSTIN HOFFMAN,

        Defendant.

Case No. 22-CV-0574

## REPLY IN SUPPORT OF MOTION TO DISMISS

On June 10, 2022 and June 14, 2022, Defendants filed Motions to Dismiss in their respective lawsuits. [22-cv-573, Dkt. 5 (June 14, 2022); 22-cv-574, Dkt. 5 (June 10, 2022).] On June 16, 2022, Defendants filed Motions to Consolidate the two actions. [22-cv-573, Dkt. 8; 22-cv-574, Dkt. 8.] On June 23, 2022, Plaintiff filed Motions for Extensions to respond to the Defendants' Motions to Dismiss. [22-cv-573, Dkt. 11; Dkt. 22-cv-574, Dkt. 11.] On July 11, 2022, the Court granted Defendants' Motions to Consolidate and Plaintiff's Motions for Extensions. [22-cv-573, Dkt. 14.] Pursuant to the Court's order, the matters were consolidated into Case No. 22-cv-573 and Plaintiff was given until August 1, 2022 to file a response to the pending motion to dismiss. [*Id.*]

To date, Plaintiff has not filed a response to the pending Motions to Dismiss, and her timeframe to do so has expired. Defendants' Motions to Dismiss are unopposed and, as such, the Court should grant the motions to dismiss Plaintiffs' claims with prejudice.

Dated this 4th day of August, 2022.

/s/ Danielle Baudhuin Tierney
Lori M. Lubinsky, SBN: 1027575
Danielle Baudhuin Tierney, SBN: 1096371
Attorneys for Defendant
AXLEY BRYNELSON, LLP
P.O. Box 1767
Madison, WI  53701-1767
Telephone:  (608) 257-5661
Fax:  (608) 257-5444
llubinsky@axley.com / dtierney@axley.com